## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Adrienne Harmon,

    Plaintiff,

    v.

Portfolio Recovery Associates, LLC,

    Defendant.

Case No. 2:26-cv-17

Judge Michael H. Watson

Magistrate Judge Jolson

### ORDER

The Magistrate Judge issued a Report and Recommendation ("R&R") recommending that the Court deny Plaintiff's motion for leave to proceed *in forma pauperis*. R&R, ECF No. 3. The R&R notified Plaintiff of her right to object to that recommendation, *id.* at 3, and she failed to object. Accordingly, the Court **ADOPTS** the R&R without conducting a *de novo* review. Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 1, is **DENIED**. Plaintiff is **DIRECTED** to pay the full filing fee by **MAY 11, 2026,** or the Court will dismiss her case for failure to prosecute without further warning.

The Clerk shall terminate ECF Nos. 1 and 3 as pending motions.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**